# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: GLEN W. ADAMS & LISA ADAMS  
7591 LLOYD DRIVE  
CHERRY VALLEY, IL 61016  

Case Number: 04-74481  
SSN-xxx-xx-1641 & xxx-xx-8621

Case filed on: 9/9/2004  
Plan Confirmed on: 11/12/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $42,007.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 1,900.00 | 1,900.00 | 1,900.00 | 0.00 |
|  | Total Legal | 1,900.00 | 1,900.00 | 1,900.00 | 0.00 |
| 013 | ENTERPRISE RECOVERY SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 201 | BUCHALTER NEMER A PROFESSIONAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 204 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | GLEN W. ADAMS | 0.00 | 0.00 | 173.25 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 173.25 | 0.00 |
| 001 | CITI RESIDENTIAL LENDING INC | 4,369.40 | 4,369.40 | 4,369.40 | 0.00 |
| 002 | ROGERS & HOLLANDS | 100.00 | 100.00 | 100.00 | 7.15 |
| 003 | WELLS FARGO AUTO FINANCE | 5,000.00 | 5,000.00 | 5,000.00 | 476.57 |
| 004 | WELLS FARGO AUTO FINANCE | 6,960.00 | 6,960.00 | 6,960.00 | 663.40 |
|  | Total Secured | 16,429.40 | 16,429.40 | 16,429.40 | 1,147.12 |
| 002 | ROGERS & HOLLANDS | 734.48 | 734.48 | 734.48 | 0.00 |
| 003 | WELLS FARGO AUTO FINANCE | 1,245.48 | 1,245.48 | 1,245.48 | 0.00 |
| 004 | WELLS FARGO AUTO FINANCE | 3,550.10 | 3,550.10 | 3,550.10 | 0.00 |
| 005 | AURORA UNIVERSITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAMEO ENDODONTICS, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CARD SERVICE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | RESURGENT CAPITAL SERVICES | 6,080.12 | 6,080.12 | 6,080.12 | 0.00 |
| 012 | ROUNDUP FUNDING LLC | 2,423.58 | 2,423.58 | 2,423.58 | 0.00 |
| 014 | PREMIER BANKCARD/CHARTER | 448.07 | 448.07 | 448.07 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 632.53 | 632.53 | 632.53 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 959.69 | 959.69 | 959.69 | 0.00 |
| 018 | JEFFERSON CAPITAL SYSTEMS, LLC | 999.41 | 999.41 | 999.41 | 0.00 |
| 019 | RESURGENT CAPITAL SERVICES | 1,909.20 | 1,909.20 | 1,909.20 | 0.00 |
| 021 | ROCKFORD SURGICAL SERVICES SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | SALLIE MAE SERVICING LP | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROCKFORD MERCANTILE AGENCY INC | 654.59 | 654.59 | 654.59 | 0.00 |
|  | Total Unsecured | 19,637.25 | 19,637.25 | 19,637.25 | 0.00 |
|  | Grand Total: | 37,966.65 | 37,966.65 | 38,139.90 | 1,147.12 |

Total Paid Claimant: $39,287.02  
Trustee Allowance: $2,719.98  
Percent Paid Unsecured: 100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009                    By  /s/Heather M. Fagan